

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, as Trustee, | Case No. 11 CV 92 |
| *Plaintiffs,* | Judge Ronald Guzman |
| v. | Magistrate Judge Morton Denlow |
| ANDERSON BROS. STORAGE AND MOVING CO., an Illinois corporation, | |
| *Defendant.* | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

A. That a default judgment is entered against Defendant, Anderson Bros. Storage and Moving Co., an Illinois corporation ("Anderson").

B. That Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Howard McDougall, Trustee, have and recover judgment from and against Anderson in the total amount of $82,635.98. This amount consists of $60,182.11 in delinquent contributions based on work history reported by Anderson for the period of January 2005 through November 2010; $4,948.45 in interest through April 27, 2011; $12,036.42 in liquidated damages, as allowed pursuant to 29 U.S.C. §1132(g)(2); $5,012.00 in attorney's fees; and $457.00 in costs for prosecuting this suit.

C.  That Plaintiffs are awarded post-judgment interest on the entire judgment balance at the greater of: (a) an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, N.A. for the fifteenth (15th) day of the month for which interest is charged *or* (b) seven and one-half percent (7.5%), and such interest shall be compounded annually.

Enter: /s/ Ronald A. Guzman
Honorable Ronald A. Guzman
United States District Judge

Dated: 5/2/2011